On appellant's petition for reconsideration filed August 23, reconsideration allowed; former disposition (211 Or App 148, 153 P3d 712) withdrawn; reversed and remanded October 17, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CURTIS SCOTT JENKINS,
*Defendant-Appellant.*

Umatilla County Circuit Court
CF040256; A126180

169 P3d 1278

Peter Gartlan, Chief Defender, Legal Services Division, and Anne F. Munsey, Senior Deputy Public Defender, Office of Public Defense Services, for petition.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

## PER CURIAM

In this case, we previously affirmed without opinion defendant's convictions for possession of a precursor substance, ORS 475.967, and attempted manufacture of a controlled substance, *former* ORS 475.992. *State v. Jenkins*, 211 Or App 148, 153 P3d 712 (2007). Defendant petitions for reconsideration, asserting that our previous disposition is inconsistent with the Oregon Supreme Court's decision in *State v. Birchfield*, 342 Or 624, 157 P3d 216 (2007).

For the reasons set forth in *State v. Marroquin*, 215 Or App 330, 168 P3d 1246 (2007), we allow reconsideration, and reverse and remand.

Reconsideration allowed; former disposition withdrawn; reversed and remanded.